**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

**JUDGMENT IN A CIVIL CASE**

FRED MCCLAIN, JR.,

    Plaintiff,
v.                                                   No. 05-0221-CV-W-SWH

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

**XX**    **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

    **IT IS ORDERED**

        that plaintiff's Motion to Remand Cause to the Commissioner of Social Security for Reconsideration pursuant to Sentence 4 (Doc. #13) and Defendant's Response to Plaintiff's Motion to Remand & Motion to Reverse and Remand with Suggestions in Support (Doc. #17) are granted. This case is reversed and remanded to the Commissioner of the Social Security Administration pursuant to 42 U.S.C. section 405 (g), sentence four, for the purposes outlined in the parties' briefs and as set forth herein.

    **IT IS FURTHER ORDERED**

        that the Commissioner is directed to use her best efforts to complete the review within 180 days from the date of this Order.

                                                Patricia L. Brune
                                                Clerk of the Court

                                                /s/ Bonnie J. Rowland
                                                Deputy Clerk

Date:     January 30, 2006